Donald F. Carey
Robert D. Williams
QUANE SMITH LLP
2325 West Broadway, Suite B
Idaho Falls, Idaho 83402-2948
Telephone:  (208) 529-0000
Facsimile:  (208) 529-0005
E-mail:  dfcarey@quanesmith.net

Attorneys for Defendant,
Dauphin Graphic Machines, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| The Estate of JASON SHAW,<br><br>     Plaintiff,<br><br>vs.<br><br>DAUPHIN GRAPHIC MACHINES, INC., A Foreign Corporation, and CORPORATIONS A, B, and C.,<br><br>     Defendants. | Case No. CV-03-390-E-BLW<br><br>**JUDGMENT** |
| DAUPHIN GRAPHIC MACHINES, INC., A Foreign Corporation, and CORPORATIONS A, B, and C.,<br><br>     Third-Party Plaintiff,<br><br>vs.<br><br>SEECO-Standard Electric and Engineering Company,<br><br>     Third-Party Defendant. | |

Pursuant to the Order of Dismissal filed concurrently herewith,

1  —   JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice.

DATED:  **August 3, 2005**

_____
B. LYNN WINMILL
Chief Judge
United States District Court